UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ASSURANCE CO. OF AMERICA, et al. | Case No. 2:15-cv-00460-JAD-PAL |
| Plaintiffs, | ORDER |
| v. | (Mot Leave to Amend – Dkt. #20) |
| IRONSHIRE SPECIALTY INS. CO., | |
| Defendants. | |

Before the court is Plaintiffs' Motion for Leave to File a Second Amended Complaint (Dkt. #20) filed September 4, 2015. On September 22, 2015 American Guarantee & Liability filed a notice of non-opposition (Dkt. #23). Defendant has not filed a response and the time for filing a response has run.

Having reviewed and considered the matter

**IT IS ORDERED** that Plaintiffs' Motion for Leave to File a Second Amended Complaint (Dkt. #20) is **GRANTED**. Plaintiffs shall have until September 28, 2015, to separately file and serve the Second Amended Complaint which is attached as Exhibit B to the motion.

DATED this 23rd day of September, 2015.

PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE

1